UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NIKITA ROBINS, )
 )
    Plaintiff, )
 )
v. ) Case No.: 1:10-cv-00515-SLR
 )
ARROW FINANCIAL SERVICES, )
LLC )
and )
NEAL J. LEVITSKY, individually and )
on behalf of FOX ROTHSCHILD, )
LLP
    Defendants.

<u>STIPULATION TO DISMISS</u>

TO THE CLERK:

    Pursuant to Rule 41.1(b), the parties hereto stipulate to the dismissal with prejudice without cost to any party.

_____
Seth A. Niederman, Esquire
Attorney ID: 4588
Attorney for the Neal J. Levitsky,
individually and on behalf of
Fox Rothschild
Date: 12-3-10

_____
W. Christopher Componovo, Esquire
Attorney ID: 3234
Attorney for the Plaintiff

Date: 12/6/10

BY THE COURT:

_____
                                J.